AUGUST 1, 1945

No. 6202.—

G. R. Kirk v. United States. Entered at Rouses Point, N. Y. Reap. Dec. 6172 (C. J. Tower & Sons et al. v. United States, Reappraisement 143793–A, etc.). Motion by plaintiff.